1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  atagvoryan@blankrome.com
3  Erica R. Graves (SBN 301785)
   erica.graves@blankrome.com
4  2029 Century Park East | 6th Floor
   Los Angeles, CA 90067
5  Telephone:    424.239.3400
   Facsimile:     424.239.3434
6
7  Attorneys for Defendant
   FLOSPORTS, INC.
8

9                    **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11

12 | LUCAS YOUNG, individually and on behalf of all other persons similarly situated, | Case No. 3:22-cv-04920-TSH |
|---|---|
| Plaintiff, | [*Assigned to Magistrate Judge Thomas S. Hixson*] |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))** |
| FLOSPORTS, INC., | |
| Defendant. | |
| | Complaint Filed: August 29, 2022
Complaint Served: September 9, 2022
Response Date: September 23, 2022
New Response Date: November 22, 2022 |

Defendant FLOSPORTS, INC. ("Defendant"), on the one hand, and Plaintiff LUCAS YOUNG ("Plaintiff"), on the other hand, by and their respective counsel, jointly stipulate to extend the time for Defendant to respond to the Complaint by sixty (60) days from September 23, 2022 up to and including November 22, 2022.

Pursuant to Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order. This stipulation is made in good faith and not for the purpose of causing unwarranted delay. This is FLOSPORTS, INC.'s first request for an extension.

IT IS SO STIPULATED.

DATED: September 20, 2022         BLANK ROME LLP

By: /s/ Ana Tagvoryan
Ana Tagvoryan
Erica R. Graves

Attorneys for Defendant
FLOSPORTS, INC.

DATED: September 20, 2022         BURSOR & FISHER, P.A.

By: /s/ L. Timothy Fisher
L. Timothy Fisher
Joseph I. Marchese (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)

GUCOVSCHI ROZENSHTEYN, PLLC.
Adrian Gucovschi (*pro hac vice* forthcoming)

Attorneys for Plaintiff LUCAS YOUNG and the Proposed Class

## **ATTESTATION OF E-FILED SIGNATURE**

I, Ana Tagvoryan, attest that concurrence in the filing of the document has been obtained from Plaintiff's counsel, and that Plaintiff's counsel agreed to this stipulated extension.

DATED: September 20, 2022         By: /s/ Ana Tagvoryan
Ana Tagvoryan