1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | CHRISTINA LIU (CABN 308362)
ASEEM PADUKONE (CABN 298812)

5 | Assistant United States Attorneys

6 |    150 Almaden Boulevard, 8th Floor
   San Jose, California 95113

7 |    Telephone: (408) 535-5051
   FAX: (415) 436-7234

8 |    christina.liu@usdoj.gov
   aseem.padukone@usdoj.gov

9

10 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-178 JSC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER AS TO EXPERT DISCLOSURE DEADLINE |
| v. | Trial:             May 15, 2023 |
| EVGENI KOPANKOV, | Pretrial Conference: April 27, 2023 |
| Defendant. | Court:          Hon. Jacqueline Scott Corley |

On October 14, 2022, the parties in the above-captioned matter appeared before the Court for a trial setting hearing. *See* Dkt. 227 (Min. Entry). Trial is scheduled to begin on May 15, 2023 and the pretrial conference is set for April 27, 2023. *Id.*

The parties now stipulate and request that the deadline for expert witness disclosures be set as March 30, 2023.

//

//

//

STIP. AND [PROP.] ORDER RE EXPERT DISCLOSURES
CR 19-178 JSC                                      1

Undersigned government counsel certifies that she has obtained approval from counsel for defendant to file this stipulation.

IT IS SO STIPULATED.

DATED: November 16, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Christina Liu
CHRISTINA LIU
ASEEM PADUKONE
Assistant United States Attorneys

DATED: November 16, 2022

/s/ Gabriela Bischof
GABRIELA BISCHOF
Attorney for Evgeni Kopankov

# [PROPOSED] ORDER

Based upon the parties' stipulations and for good cause shown, IT IS HEREBY ordered that the deadline for expert witness disclosures is March 30, 2023.

IT IS SO ORDERED.

DATED: November 18, 2022

THE HON. JACQUELINE SCOTT CORLEY
United States District Judge

STIP. AND [PROP.] ORDER RE EXPERT DISCLOSURES
CR 19-178 JSC                                    2