**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
          aleslie@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (*pro hac vice* forthcoming)
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS YOUNG, individually and on behalf of all other person similarly situated,<br><br>Plaintiff,<br>v.<br><br>FLOSPORTS, INC.,<br><br>Defendant | Case No. 3:22-cv-04920-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Jacqueline Scott Corley |

1  Plaintiff Lucas Young ("Plaintiff") and Defendant FloSports, Inc. ("Defendant" or "FloSports") (collectively the "Parties") respectfully submit this Stipulation and [Proposed] Order Regarding the Briefing Schedule on Defendant's Motion to Dismiss.

WHEREAS, Plaintiff filed this action on August 29, 2022.  ECF No. 1.

WHEREAS, Defendant filed a Motion to Dismiss on January 13, 2023.  ECF No. 20.

WHEREAS, Plaintiff's opposition to Defendant's Motion to Dismiss is currently due on January 27, 2023.

WHEREAS, the Motion to Dismiss, if granted in its entirety, may be dispositive of the issues in this case; or otherwise a ruling may significantly narrow the issues in the case.

WHEREAS, the Parties have met and conferred and agreed, subject to the Court's approval, to a briefing schedule on Defendant's Motion to Dismiss, and the initial discovery plan further communicated in the Parties' Joint Scheduling Report.

NOW, THEREFORE, the Parties have agreed, subject to the Court's approval, that Plaintiff's opposition to the motion to dismiss or amended complaint will be due on February 15, 2023, and Defendant's reply in support of its Motion to Dismiss or response to an amended complaint will be due on or before March 13, 2023.  The Parties have also agreed, subject to the Court's approval, that the hearing on Defendant's motion will be continued from February 23, 2023 at 10:00 a.m. to April 13, 2023 at 10:00 a.m. or such other date thereafter as the Court may select.

IT IS SO STIPULATED.

Dated:  January 19, 2023

**BURSOR & FISHER, P.A.**

By:      */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

|   |   |
|---|---|
|   | **BURSOR & FISHER, P.A.**<br>Joseph I. Marchese (*pro hac vice* forthcoming)<br>Alec M. Leslie (*pro hac vice* forthcoming)<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: jmarchese@bursor.com<br>         aleslie@bursor.com |
|   | **GUCOVSCHI ROZENSHTEYN, PLLC.**<br>Adrian Gucovschi (*pro hac vice* forthcoming)<br>630 Fifth Avenue, Suite 2000<br>New York, NY 10111<br>Telephone: (212) 884-4230<br>Facsimile: (212) 884-4230<br>E-Mail: adrian@gr-firm.com |
|   | *Attorneys for Plaintiff and the Putative Class* |
| Dated:  January 19, 2023 | **BLANK ROME LLP**<br><br>By:  */s/ Ana Tagvoryan*<br><br>Ana Tagvoryan (SBN 246536)<br>ana.tagvoryan@blankrome.com<br>Erica R. Graves (SBN 55048)<br>erica.graves@blankrome.com<br>2029 Century Park East | 6th Floor<br>Los Angeles, CA 90067<br>Telephone: 424.239.3400<br>Facsimile: 424.239.3434<br><br>*Attorneys for Defendant FloSports, Inc.* |

**ATTESTATION OF E-FILED SIGNATURE**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from Defendant's counsel.

                                         By:        */s/ L. Timothy Fisher*
                                                      L. Timothy Fisher

**[PROPOSED] ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

1. Plaintiff's opposition to the motion to dismiss or amended complaint will be due on or February 15, 2023.

2. Defendant's reply in support of its Motion to Dismiss or response to the amended complaint will be due on or before March 13, 2023.

3. The hearing on Defendant's Motion to Dismiss will be continued from February 23, 2023 at 10:00 a.m. to April 13, 2023 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

JACQUELINE SCOTT CORLEY
United States District Judge